**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>THE VERNA ERICA FAMILY OF LONGMORE ESTATE,<br><br>Debtor. | 2:26-cv-00122-CDS-MDC<br><br>**ORDER DENYING THE MOTION TO FILE ELECTRONICALLY WITHOUT PREJUDICE (ECF NO. 5)** |

Petitioner Verna Longmore filed a *Motion for Pro Se Litigant to File Electronically* ("Motion"). *ECF No. 5*. The Court **DENIES** the Motion without prejudice**.** Petitioner Verna Longmore appears to have brought this case on behalf of the Verna Erica Family of Longmore Estate, which appears to be a debtor in this action. The Court has not yet determined if Verna Longmore can proceed pro se on behalf of the Estate. Section 1654 of Title 28 of the United States Code protects a party's right to "plead and conduct [its] own cases personally, or by counsel," but subjects the pleadings and conduct to the rules of the federal courts. *See Estate of Miles v. Estate of McBain*, No. 2:06-CV-00593-KJD-GWF, 2007 U.S. Dist. LEXIS 113904, at *7 (D. Nev. Jan. 18, 2007)(dismissing complaint without prejudice where special administrator of estate was proceeding pro se and was not the sole beneficiary/creditor of the estate). Petitioner may refile her Motion after the Court resolves her pending Motion to Withdraw Reference, if the Court finds that she may proceed in this case.

**IT IS ORDERED that** plaintiff's *Motion for Pro Se Litigant to File Electronically* (ECF No. 5) is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED August 7, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**